# Wark *v.* George M. Dunlap Company, Appellant (No. 2).

OPINION BY ORLADY, J., March 1, 1912:

This case was tried below and argued in this court with Warren Wark v. George M. Dunlap Company, ante, p. 517, and for the reasons given in the opinion filed in that case this judgment is affirmed.